IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAULA A. CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-16-579-JHP |
| | ) | |
| (1) BOARD OF COUNTY | ) | |
| COMMISSIONERS OF CARTER | ) | |
| COUNTY, an Oklahoma subdivision | ) | |
| (2) CARTER COUNTY SHERIFF's | ) | |
| DEPARTMENT, an Oklahoma | ) | |
| Subdivision; and | ) | |
| (3) SHERIFF CHRIS BRYANT, | ) | |
| Carter County, in his official capacity | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a) (1) (ii), the parties jointly stipulate and agree that this matter shall be dismissed as to all Defendants, with prejudice, each side to bear their own costs and attorney fees.

                                            s/ Loren Gibson
                                            Loren Gibson, OBA #14348
                                            Gibson & Associates, PLC
                                            105 N. Hudson, Ste 312
                                            Oklahoma City, OK
                                            Telephone (405) 270-0900
                                            Facsimile (405) 270-0903
                                            lgibson@legalavenger.net
                                            Attorney for Plaintiff

*/s/ Ambre C. Gooch*
(Signed by filing attorney with
Permission of Ambre Cooch)
Ambre C. Gooch, OBA No. 16586
Taylor Tyler, OBA No. 33291
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
***Attorneys for Defendants***